**Ray Derwood SIZEMORE, Petitioner–Appellant,**

v.

**Mark WILLIAMSON, Respondent–Appellee.**

No. 02–6682.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 20, 2002.

Decided Aug. 30, 2002.

Ray Derwood Sizemore, Appellant Pro Se. Dawn Ellen Warfield, Office of the Attorney General of West Virginia, Charleston, West Virginia, for Appellee.

Before WILLIAMS and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Ray Derwood Sizemore appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find that Sizemore has failed to make a substantial showing of the denial of a constitutional right. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Sizemore v. Williamson*, No. CA–99–1105–1 (S.D.W.Va. Mar. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*